**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| PETERS TOWNSHIP, A PA MUNICIPALITY, | : No. 302 WAL 2023 |
| | : |
| | : |
| Respondent | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| JASON H. SNYDER AND SHERRI L. SNYDER, HUSBAND AND WIFE, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.